**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ERIC CROSBY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF,<br><br>ERIC CROSBY,<br>　　　　　　　　　　DEFENDANTS. | Case No.: 10-CR-00204 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, ERIC CROSBY by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing hearing currently set for August 29, 2011 be continued to October 11, 2011 at 9:00 a.m., or a date convenient to court and counsel.

　　This is a mutual agreement between myself, and Assistant United States Attorney Brian Enos. I recently returned from a three week tour of duty and need additional time to review the pre-sentencing report with Mr. Crosby. In addition, Mr. Crosby has requested additional time due to personal reasons and to discuss several legal issues with regards to his plea.

1 | Based upon the foregoing, I respectfully request that this matter be continued to
2 | October 11, 2011.
3 | The parties also agree that the delay resulting from the continuance shall be excluded in
4 | the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).

Dated: 8/25/11            /s/ David A. Torres
                          DAVID A. TORRES
                          Attorney for Defendant
                          ERIC CROSBY


Dated: 8/25/11            /s/ Brian Enos
                          BRIAN ENOS
                          Assistant U.S. Attorney


## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv).


IT IS SO ORDERED.

Dated:  August 25, 2011                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE